GOAT & SHEEPSKIN IMPORT CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 26, 1906.) No. 133 (3641). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 141 Fed. 493. Note 26 U. S. Sup. Ct. 767, 50 L. Ed.——. Hatch, Keener & Clute (J. Stuart Tompkins, of counsel), for appellants. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. Affirmed on the opinion of the Circuit Court.

---

HERMANN BOKER & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 23, 1906.) No. 145 (3769). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 115. Walden & Webster (Howard T Walden, of counsel), for appellants. Henry A. Wise, Asst. U. S. Atty. Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court.

---

HIRSCH et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 9, 1906.) No. 211 (3725). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 141 Fed. 380. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed on consent in open court.

---

The JOHN FLEMING. (Circuit Court of Appeals, Second Circuit. May 22, 1906.) No. 256. Appeal from the District Court of the United States for the Southern District of New York. Albert A. Wray, for appellant. La Roy S. Gove, for appellee. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree of District Court (136 Fed. 917). Affirmed with interest and costs.

---

The KNICKERBOCKER. (Circuit Court of Appeals. Second Circuit May 24, 1906.) No. 265. Appeal from the District Court of the United States for the Southern District of New York. Peter S. Carter, for appellant. Amos Van Etten, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed with costs on opinion of District Judge (138 Fed. 148).

---

LAKE STEAM SHIPPING Co. v. BACON. (Circuit Court of Appeals, Second Circuit. May 24, 1906.) No. 261. Appeal from the District Court of the United States for the Southern District of New York. J. P. Kirlin, for libellant. C. S. Haight, for respondent. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed with interest but without costs, as we agree with the opinion of the Commissioner, and with the opinion of the Court below (137 Fed. 961).

---

LAWRENCE JOHNSON & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 26, 1906. Rehearing Denied March 10,